## STATEMENT OF FACTS

**Factual Background**

Beginning in late February 2023, a Task Force Officer with the FBI's Washington Field Office was acting in an undercover (UC) capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation (MPD-FBI) Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the UC entered a fetish website. Different areas of this website are known to the UC as a place where people meet, discuss, and trade original images depicting the sexual abuse of children and links containing child pornography, among other things. A user with the screenname "titotori," subsequently identified as ELEANOR HUNTER HOPPE, initiated a private email chat with the UC via the fetish website.

HOPPE informed the UC that she was a mother, and that she wanted to chat with the UC about "taboo parenting." The UC responded that he was the father of a young girl. HOPPE informed the UC that she chats on a social media application that uses end-to-end encryption. The UC began communicating with HOPPE via this social media application, on which HOPPE used the screenname "tori4fun." In a series of chat communications that began on February 23, 2023, and which continued through March 16, 2023, HOPPE stated that she resides in Charlottesville, Virginia. The UC asked HOPPE if she could verify that she was "safe" by sending an image of herself holding up her thumb near her breast. HOPPE sent the UC an image of herself with her shirt pulled up, exposing her bare breast and holding her thumb up. Her face is partially visible in this image.

On or about February 27, 2023, HOPPE initiated contact with the UC through this encrypted application. HOPPE asked the UC about the abuse he was perpetrating against his

1

daughter, inquiring "What about you? What do you think the next step for you and your daughter will be?" Throughout these messages, HOPPE expressed an interest in traveling to Washington D.C. in order to sexually abuse the UC's purported 8-year-old daughter with the UC. During the course of the messages, HOPPE repeatedly stated that she wanted to assist the UC in introducing his 8-year-old daughter to sexual activity. On or about March 12, 2023, after HOPPE and the UC agreed that she would travel to the District of Columbia from Charlottesville in order to participate in the sexual abuse of the UC's daughter, the following exchange occurred:

| | |
|---|---|
| **UC:** | I can't wait, I'm so excited to have you help out, can't wait to see you with her, I am going to be so fucking hard watching u play with her and you watching me play with her |
| **HOPPE:** | I can't wait and then of course, putting her to bed and waking her up to do a few extra things will be so fun<br><br>Have you explored her ass at all?<br><br>Also, has she seen videos of little girls with her dad yet? |
| **UC:** | Yes, I had a really good link, it had dads and a folder with moms with their kids too. It was fucking hot. I should her a while back but the damn link is broken now. Have u seen anything good |
| **HOPPE:** | C a couple photos here and there, but nothing really great to be honest |
| **UC:** | Yeah, before that link it was the same for me a few pics from time to time. They make me so hard |

HOPPE then sent the UC a thirty (30) second video depicting a small-framed female who appears to be on a bed. The small female, who appears to be a minor, can only be seen from behind, and she is nude from the waist down. An adult male can be seen penetrating the female

2

from behind with his penis. The female is shown lying face down on a bed with her legs bent and her arms stretched over her head.

On March 8, 2023, while discussing the sexual abuse that she intended to perpetrate against the UC's daughter, HOPPE wrote the following: "a great think to do is to wake her up by trying new things…that hazy/ dreamlike state is perfect to introduce a variety of new things…especially with someone to help with positioning Her body and then you let her fall right back to sleep."

A few days later, on March 12, 2023, while still discussing the plan to travel to D.C. to sexually abuse the UC's purported 8-year-old daughter, HOPPE told the UC, "if I were you, I'd start building up Thursday telling her that you know it's gonna be super fun we're gonna hang out with an old friend of yours. It's going to be like the best night ever blah blah blah and then once I get there, obviously, it will take a slight turn. I've loved anal for a long time don't worry I can train her well."

During the afternoon hours of March 16, 2023, using the encrypted application, HOPPE sent the UC, who was receiving and sending communications to her while located in an office in the District of Columbia, three images. These images show the following: (1) a prepubescent minor female, fully nude with her legs spread. An adult man can be seen penetrating the child's vagina with his penis; (2) a prepubescent minor female, nude from the waist down. She is lying on her back, with her legs up in the air, while an adult male penetrates the child's vagina with his penis; and (3) a prepubescent minor female, fully nude but for a pair of white, thigh-high socks. The child is shown straddling an adult man, whose penis is inserted into the little girl's vagina.

During the afternoon hours of March 16, 2023, after some additional chat exchanges, HOPPE and the UC agreed that she would travel from her home in Charlottesville, VA to a hotel located in Warrenton, VA. At the time, HOPPE believed that the UC would bring his purported

3

8-year-old daughter from Washington, D.C. to the hotel so that HOPPE and the UC could sexually abuse the little girl together. HOPPE sent the UC a photograph of a pink silk robe she would bring, with the message, "Her big girl robe for tonight."

While en route to the hotel in Warrenton, HOPPE and the UC exchanged the following messages:

HOPPE: Wake her up and let her take a bath…lots of bubbles and go ahead and make sure you're helpknb soap both her asshole and pussy in the tub

And then when she gets out of the tub, just let her wrap up in a big towel and try to keep her cozy on the couch or something like that but try not to get her back in clothes. I'll be thee as soon as I can and I'll get naked to.

Remember this is a special daddy daughter night no clothes needed.

UC: Yes, I like that plan !!!

UC: : )

HOPPE: I am so bitter that I'm an hour away. It's unreal.

UC: I'm sorry babe

UC: Will be worth it

HOPPE: Keep me posted and don't forget to wash her pussy to asshole and back again

And get out any toys leave stuff like that that you brought and put it right on the bedside table so she knows that that is what we are here to do

Remember these nights in the hotel with dad or about nothing but having fun feeling good and fucking

Upon arrival at the hotel, HOPPE was placed under arrest. HOPPE waived her Miranda rights and agreed to an interview with law enforcement. HOPPE stated that she traveled to the

4

hotel in order to help the UC's child. HOPPE admitted that she had not alerted the police nor any law enforcement authorities regarding her communications with the UC, his location, or the fact that he was sexually abusing his daughter. HOPPE admitted to distributing the images of child sexual abuse material to the UC and stated that she did so to keep the UC talking.

During an inventory search of HOPPE's car, law enforcement found a pink children's bag that contained lubricant, silk undergarments, and a pink silk robe.

**Identification of HOPPE**

On February 27, 2023, an administrative subpoena was served on the fetish website requesting subscriber information associated with the username "titotori.". On the same day, the fetish website responded to the subpoena providing, in part, a Google email address, user date of birth (DOB), and verified telephone number. The phone number provided was the same as the number she provided to the UC. Additionally, the website provided IP logs spanning from February 14, 2020, through February 26, 2023.

On February 28, 2023, an administrative subpoena was served on Google requesting subscriber information associated with the email address provided by the fetish website. On the same day, Google responded to the subpoena providing, in part, that the following user information was associated with this account: Name Eleanor Hoppe, with a recovery email address and the same phone number provided by the fetish website.

Upon receipt of this information, FBI Washington personnel used available open source, commercial, and law enforcement sensitive databases to fully identify the suspected user of fetish website account "titotori" as Eleanor Hunton Hoppe, with other identifiers, such as her DOB, Virginia driver's license number, and address in Charlottesville, VA. A social networking profile was identified as belonging to HOPPE. Available publicly on this Facebook profile were

5

photographs of HOPPE that appear to visually match images sent to the UC from the fetish website user "titotori."

On March 15, 2023, HOPPE provided her cell phone number to UC, and the conversation continued via text message. The cell phone number provided by HOPPE and used to communicate with the UC is the same cell phone number provided in the subscriber information from the subpoena returns from the fetish website and Google referenced in previous paragraphs.

Furthermore, during the communications on the encrypted application between HOPPE and the UC, HOPPE sent the UC a photograph of her face, while seated in the driver's seat of a small SUV with a light-colored interior. The Virginia Department of Motor Vehicles (DMV) driver's license photo for Eleanor Hunton Hoppe appears to depict the same person as the one depicted in the image sent to the UC.

## **CONCLUSION**

Based on the above information, there is probable cause to believe that Eleanor Hunton Hoppe committed the following offenses: Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), on or about March 16, 2023; Attempted Transportation of a Minor With Intent to Engage in Criminal Sexual Activity, in violation of 18 U.S.C. §§ 2423(a) and (e); and Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b).

Respectfully submitted,

Emily Eckert
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on March 17, 2023.

_____

HONORABLE ZIA M. FARUQUI

UNITED STATES MAGISTRATE JUDGE