AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

Eleanor Hunter Hoppe

*Defendant*

)
)
)
)
)

**Case: 1:23-mj-00060**
**Assigned To : Faruqui, Zia M.**
**Assign. Date : 3/17/2023**
**Description: Complaint W/ Arrest Warrant**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                           **Eleanor Hunter Hoppe**                                           ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☒ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) - Distribution of Child Pornography;
18 U.S.C. § 2422(b) - Coercion and Enticement of a Minor;
18 U.S.C. §§ 2423(a) and (e)- Attempted Transportation of a Minor with Intent to Engage in Sexual
Activity.

Date:     03/17/2023

*Zia M. Faruqui*
Digitally signed by Zia M. Faruqui
Date: 2023.03.17 12:50:06 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/10/2023, and the person was arrested on *(date)* 3/20/2023 at *(city and state)* Washington DC. |

Date: 3/20/2023

*Arresting officer's signature*

Alex Adkins DUSM
*Printed name and title*